UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cr-397-MOC-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DAMIEN DEMETRIUS EVANS, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Motion to Reduce Sentence Pursuant to USSC Amendment 821. (Doc. No. 33). Defendant is represented by Joshua Carpenter of the Federal Defenders of Western North Carolina, Inc.

**ORDER**

**IT IS ORDERED** that within 30 days the Government shall file a response to Defendant's motion.

Signed: January 10, 2024

Max O. Cogburn Jr.
United States District Judge